

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00349-CV

**BILLY R. HIGH AND TRACI HIGH-WARD,**

             **Appellants**

 **v.**

**NATIONAL ROYALTY COMPANY LTD AND
MARLIN ROYALTY COMPANY,**

             **Appellees**

**From the 77th District Court
Freestone County, Texas
Trial Court No. 17-420-B**

## O R D E R

Appellants Billy R. High and Traci High-Ward are notified by this Order that this appeal is subject to dismissal for want of jurisdiction because it appears that all pending parties and claims have not been disposed of and that the trial court has not signed a final judgment or other appealable order.  Appellants have indicated in the documents that they have filed in this Court that the trial court rendered judgment on August 21, 2018 that "Plaintiff takes nothing."  However, the clerk's record, which was filed on December 13, 2018, contains no such final judgment.  The clerk's record does contain an "Order

Granting Defendants' Motion for Instructed Verdict" that was signed by the trial court on August 21, 2018, but that order does not appear to be a final judgment or other appealable order.

This Court has no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012. None of the exceptions to the rule that only final judgments can be appealed applies in this case. *See id.* § 51.014 (listing interlocutory judgments that may be appealed before final judgment is rendered). Therefore, the Court may dismiss this appeal unless, within 10 days from the date of this Order, a response is filed showing grounds for continuing the appeal.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Order issued and filed April 3, 2019

